IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01043–REB–KMT

BETTY PATTEN, individual,

    Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Amended Unopposed Motion for Stipulated Protective Order" (#17, filed October 2, 2008) is GRANTED. The Protective Order will be entered.

Dated: October 3, 2008