IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv–01043–REB–KMT

BETTY PATTEN, individual,

    Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion to Allow Defendant's Client Representative to Participate in Scheduled Settlement Conference by Telephone" (#24, filed January 23, 2009) is GRANTED.

Dated: January 26, 2009