**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01043-REB-KMT

BETTY PATTEN,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

The matter before me is **Defendant's Motion for Summary Judgment** [#29] filed February 10, 2009.  I have jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity of citizenship).  Having reviewed the arguments, authorities, and evidence presented by the parties, it is apparent that there exist genuine issues of material fact that are not appropriate for summary resolution.

**THEREFORE, IT IS ORDERED** that **Defendant's Motion for Summary Judgment** [#29] filed February 10, 2009, is **DENIED**.

Dated May 28, 2009, at Denver, Colorado.

                            **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge