**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 08-cv-01043-REB-KMT

BETTY PATTEN,

     Plaintiff,

v.

TARGET CORPORATION,

     Defendant.

---

### ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#52] filed June 1, 2009.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss With Prejudice** [#52] filed June 1, 2009, is **GRANTED**;

2.  That the Trial Preparation Conference set for July 31, 2009, is **VACATED**;

3.  That the jury trial set to commence August 24, 2009, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 1, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge